# AFFIDAVIT OF SPECIAL AGENT TIMOTHY COSTELLO
# IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Costello, being duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND AND OVERVIEW

1.  I am currently employed as a Special Agent with Homeland Security Investigations (HSI) and have been so employed since May 2010. I previously was employed as a Special Agent with the United States Secret Service beginning in September 2002. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia, the Secret Service Special Agent Training Program at the James J. Rowley Training Center at Laurel, Maryland and the Special Agent Training Program with HSI/ICE in Brunswick, Georgia. I have a Bachelor of Science degree from Boston College. Prior to my federal law enforcement career, I was a Certified Public Accountant (CPA) in the Commonwealth of Massachusetts. I am currently assigned as a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various local, state, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. Previously, I was assigned to the High Intensity Drug Trafficking Area (HIDTA) Financial Task Force. The focus of the HIDTA Financial Task Force includes conducting investigations involving financial fraud and theft including but not limited to money laundering, bank fraud and identity theft. For the last twenty years, I have investigated financial crimes against the United States as well as individuals, and I am familiar with the many ways that criminal organizations carry out these schemes. During my tenure with the U.S. Secret Service, I received specialized training and conducted investigations of various federal crimes

including, but not limited to: bank fraud, credit card fraud, and identity theft. Through this training and experience, I am familiar with the many ways in which financial crimes and identity theft are perpetrated. I have also had training and experience in the enforcement of the immigration and nationality laws of the United States. Additionally, I have training and experience in the service of criminal complaints and arrest warrants. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. immigration documents, U.S. passports, and identity documents. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. I submit this affidavit in support of an application for a criminal complaint charging Duncan HOLLANDS, a.k.a. Duncan HERD, (YOB 1965) with False Swearing in an Immigration Matter in violation of 18 U.S.C. § 1546(a).

3. Generally speaking, 18 U.S.C. § 1546(a) prohibits, in relevant part, a person from knowingly making under oath or subscribing as true any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder.

4. The facts herein are based upon my own personal observations, training and experience, review of records, and information provided to me by other law enforcement agents and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and does not set forth all of my knowledge about this matter.

BACKGROUND ON FORM I-485

5. The United States Citizenship and Immigration Service Form I-485 (Application to Register Permanent Residence or Adjust Status) is required for a person in the United States to apply for lawful permanent resident status ("LPR," also known as a "green card."). Eligibility for LPR status varies depending on a person's immigrant category and on other factors, such as whether the applicant is "admissible" under the law. Thus, Form I-485 asks various questions of the applicant and requests certain documents in order for U.S. Citizenship and Immigration Services (USCIS) to determine the applicant's eligibility. Applicants are required to certify under penalty of perjury that "all the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct." At an interview before a USCIS Immigration Officer, the applicant will again certify under penalty of perjury "that I know that the contents of this Form I-485…are complete, true, and correct," including any additional information provided and documents submitted at the interview. USCIS relies on the truthfulness of the information provided by an applicant in Form I-485.

6. Some of the grounds for inadmissibility are set forth in 8 U.S.C. § 1182(a) (Section 212(a) of the Immigration and Naturalization Act) and include those with a prior conviction of a crime involving moral turpitude and any alien who, by misrepresentation of a material fact, seeks to procure a visa, other documentation, or admission into the United States. Thus, Form I-485 asks, for example, questions about the applicant's identity, like whether the applicant has used other names in the past and questions relating to the applicant's criminal record.

24-MJ-1509-DLC

## HOLLANDS' I-485 AND INTERVIEW

7. Duncan HOLLANDS is a citizen of the United Kingdom. Most recently, he entered the United States on January 18, 2021, and provided U.K. passport # ending -4789. On April 2, 2021, he married a U.S. citizen. In May 2021, HOLLANDS submitted Form I-485 seeking LPR status based on his marriage to a U.S. citizen. HOLLANDS signed this form on or about May 6, 2021. At that time, he was living in Woburn, Massachusetts. On February 22, 2022, HOLLANDS appeared before a USCIS Immigration Officer at the John F. Kennedy Federal Building in Boston, MA for an interview in connection with the I-485. HOLLANDS was accompanied by his attorney and his U.S. citizen spouse.

8. As part of the I-485 application, HOLLANDS presented a passport issued by the United Kingdom (passport #-4789) and, as required by the form, a U.K. birth certificate #9380851/1 in the name of Duncan HOLLANDS. At the interview, he also provided fingerprints.

9. In response to Question #2 of Part 1 the I-485, which asked about all other names, including legal names or aliases, used by the applicant since birth, HOLLANDS answered: "N/A."

10. Part 8 of the Form I-485 is entitled "General Eligibility and Inadmissibility Grounds." It sets forth the following questions relating to the applicant's criminal history:

   a. Question 25: Have you EVER been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)? HOLLANDS' answer: No.

  b.  Question 26: Have you ever committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)? HOLLANDS' answer: No.

  c.  Question 27: Have you ever pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)? HOLLANDS' answer: No.

  d.  Question 28: Have you ever been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)? HOLLANDS' answer: No.

  e.  Question 29: Have you ever been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)? HOLLANDS' answer: No.

11. HOLLANDS signed the I-485 application under penalty of perjury before the USCIS Immigration Officer and in the presence of his attorney.

12. Based on the submission, USCIS approved the adjustment of status on February 22, 2022.

## HOLLANDS' PREVIOUS IDENTITY AS DUNCAN HERD

13. As detailed below, HOLLANDS has previously used the name Duncan HERD and has been arrested and convicted of multiple crimes in the United Kingdom and France.

14. The fingerprints taken from HOLLANDS at the February 2022 interview for his I-485 application match fingerprints that were taken by U.S. Customs and Border Protection from an individual who entered the U.S. in July 2006. That individual used the name Duncan HERD.

15. Records obtained from the U.K.'s Passport Office show that HOLLANDS changed his name in 2012 from Duncan Lawrie HERD to Duncan HOLLANDS. In September 2014 he was issued Passport No. -4789 in the new name (this is the passport presented to USCIS in February 2022). I reviewed the photographs associated with the September 2014 passport as well as passports issued to Duncan HERD in 2001 and 2012 and believe them to all be the same person and to match the picture submitted by HOLLANDS in support of his I-485. Based on the foregoing, I believe HOLLANDS' denial of using any other name(s) was false.

16. The U.K.'s General Register Office, Fraud and Disclosure Unit, searched for birth records for Duncan HOLLANDS (YOB 1965) and were unable to locate any such record.

17. The U.K. did provide a birth certificate for a Duncan HERD. That certificate has the same "number,"[1] date and location of birth, registrar's signature, and first name of parents as that provided by HOLLANDS with his I-485. The U.K.-provided version also appears to be a handwritten document. The version of the birth certificate provided by HOLLANDS to USCIS, however, appears to be a typed document with a font resembling handwriting. That version has a different last name for his father, omits his mother's last name, and also changes his father's occupation.

18. Based on my training and experience and the facts herein, I believe that HOLLANDS presented an altered birth certificate to USCIS in February 2022.

---

[1] The U.K. birth certificate records appear to contain an excerpt of a row from a larger ledger recording all births in the particular county. The first column is labeled "No." and appears to be a row number associated with that birth entry in the ledger. Here, the birth certificate presented by HOLLANDS to USCIS has the same row number of "189" associated with the birth of a baby with a first name of Duncan in Dorset County on the same date that the official records obtained from the U.K. indicate that a Duncan HERD was born.

24-MJ-1509-DLC

19. Additionally, records from the U.K. indicate that Duncan HERD was convicted in August 2010 of multiple counts of obtaining property by deception and multiple counts of dishonestly making false representation to make gain for self/another or cause loss to other/expose other to risk. These records also indicate that HERD was sentenced to 39 months imprisonment.

20. In addition, these records indicate that HERD was convicted of an assault in France in 2010 and received a suspended sentence.

21. The records also indicate that HERD was criminally charged for several other offenses, including obtaining money by deception and failing to surrender to custody.

22. HSI submitted HERD's fingerprints (fingerprints are here categorized as HERD's because they were taken before he changed his name to HOLLANDS) from the U.K. National Fingerprints Form[2] to the HSI Forensic Library for comparison to the fingerprints that were taken upon HERD's 2006 admission to the United States. HSI also submitted a copy of fingerprints obtained from the U.K. from a 2007 arrest of HERD (for the case that would ultimately become the 2010 conviction). The prints obtained from HOLLANDS at the February 2022 USCIS interview match prints taken from the person who made the 2006 border crossing as Duncan HERD and also match prints taken from HERD upon his 2007 arrest by U.K. authorities in 2007. The HSI Forensic Library confirmed that all of the prints were identical. Therefore, I believe HOLLANDS is HERD and does have a criminal record. I also have reviewed the photo provided by the Dorset U.K. Police Department of HERD (from his case from 2010) and believe the persons to be the same.

---

[2] U.K. officials provided a "master set" of fingerprints for HERD. According to the U.K., a "master set" is an amalgamation of the best quality prints obtained from an individual.

24-MJ-1509-DLC

23. For the reasons stated herein, I believe HOLLANDS' responses to questions 25-29 of the I-485 were false and misrepresentations of material facts.

## CONCLUSION

24. Based on the foregoing, there is probable cause to believe that Duncan HOLLANDS a.k.a. Duncan HERD, within the District of Massachusetts, did knowingly violate Title 18, United States Code, Section 1546(a).

*Timothy Costello* DLC
_____
Timothy Costello
Special Agent
Homeland Security Investigations

Sworn to before me via telephone in accordance with Fed. R. Crim. P. 41 on August 22, 2024.

_____
HON. DONALD L. CABELL
United States Magistrate Judge